UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY R. ST. CLAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAN SCHLACHTER,<br><br>　　　　Defendant. | No. 2:13-cv-0804 KJM DAD P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff Jimmy St. Clair, a prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On May 19, 2015, the court determined that plaintiff's claims and the status of the case warranted the appointment of counsel.  The court referred this case to the ADR and Pro Bono Coordinator for identification of counsel to represent plaintiff and appear at the status conference.  Order, ECF No. 42.  Matthew J. Vanis and Edward B. Gaus have been selected from the court's pro bono attorney panel to represent plaintiff and they have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Matthew J. Vanis and Edward B. Gaus are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Matthew J. Vanis and Edward B. Gaus, Shook Hardy & Bacon LLP, 1 Montgomery Street, Suite 2700, San Francisco, California 94104.

4. A status conference has been set before the undersigned on June 25, 2015, at 2:30 p.m. By seven days before the status conference, the parties may file a new joint statement providing an update on any of the information contained in the statement filed April 27, 2015.

DATED: June 5, 2015.

UNITED STATES DISTRICT JUDGE