UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ST. CLAIR,<br><br>             Plaintiff,<br><br>       v.<br><br>STAN SCHLACHTER,<br><br>             Defendant. | No. 2:13-cv-0804-KJM-EFB P (TEMP)<br><br><br><br>ORDER |

Plaintiff Jimmy St. Clair and Defendant Stanley Schlachter have requested a court order granting the parties leave to depose three California Department of Corrections inmates. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 30(a)(2), this court grants the parties leave to depose Plaintiff Jimmy St. Clair, and inmates Shane Beaudoin and Harry Olivares.

**IT IS SO ORDERED.**

DATED: February 11, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE