UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ST. CLAIR, | No.  2:13-cv-0804-KJM-EFB (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| STAN SCHLACHTER, | |
| Defendant. | |

Plaintiff Jimmy St. Clair applies *ex parte* for an extension of the discovery deadline.  ECF No. 62.  For good cause shown, the motion is GRANTED IN PART.  *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (a pretrial scheduling order may be modified if the party who requests the modification was diligent).  The discovery cut-off is extended to **May 15, 2016**.  All other dates remain in place, as does the balance of this court's Order of October 20, 2015, ECF No. 54.

IT IS SO ORDERED.

DATED: April 4, 2016.

_____
UNITED STATES DISTRICT JUDGE