IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY ST. CLAIR, | 2:13-cv-00804-KJM-EFB (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| STAN SCHLACHTER, | |
| Defendant, | |

Pending before the court is defendant Stan Schlachter's request to seal documents pursuant to the Stipulated Protective Order filed June 8, 2016. ECF Nos. 73, 81. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request to seal (ECF No. 81) is granted;

2. The following documents are deemed sealed:

   a. Exhibit "E" to Defendant's Motion in Limine No. 2;

   b. Exhibit "G" to Defendant's Motion in Limine No. 2; and

   c. Exhibit "H" to Defendant's Motion in Limine No. 2.

1

The sealed documents are Bate-Stamped Nos. AGO0000001 to AGO0000028, AGO0000275 to AGO0000280, and AGO0000486 to AGO0000495.

3. In addition, the time limitation associated with this Order shall be consistent with the time limitations expressed in the Court Order dated June 8, 2016.

4. Persons to be permitted access to the documents include the parties to the action, their counsel, this Court, and this Court's personnel as needed.

IT IS SO ORDERED.

DATED: July 13, 2016.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE