**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
  Email: Christopher.Nevis@lewisbrisbois.com
NICOLE L. JONES, SB# 247152
  Email: Nicole.Jones@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant STAN SCHLACHTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY ST. CLAIR,<br><br>            Plaintiff,<br><br>     vs.<br><br>STAN SCHLACHTER,<br><br>            Defendant. | CASE NO. 13-CV-0804 KJM EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF FINAL DISPOSITIONAL DOCUMENTS** |

Plaintiff JIMMY ST. CLAIR ("Plaintiff"), and Defendant STAN SCHLACHTER, ("Defendant"), by and through their respective counsel of record, hereby stipulate to an extension of time to file the dispositional documents in this matter, and in support of such stipulation acknowledge the following:

  1. The parties reached a settlement of this matter at the Mandatory Settlement Conference on November 10, 2016, wherein Defendant's counsel agreed to prepare a settlement agreement. The parties were ordered to file the final dispositional documents within thirty (30) days of the settlement.

  2. Defendant's counsel prepared a settlement agreement, and the agreement was finalized following meet and confer efforts of counsel. As part of these efforts, Plaintiff required Defendant to be a signatory to the agreement.

3. Plaintiff and his counsel have signed the settlement agreement and circulated signatures to same.

4. Defendant's counsel sent the settlement draft to Plaintiff's counsel on December 29, 2016, fully funding the settlement.

5. Defense counsel, who has approved the settlement agreement as to form and content, sent the settlement agreement to Defendant for his signature.

6. Defendant's estranged wife, Claudia Schlachter, has advised defense counsel that Defendant has been hospitalized in Modesto since November 29, 2016. At times he has been in a coma and receiving life support. He has been diagnosed with dementia and is now blind.

7. Although Ms. Schlachter attempted to obtain Defendant's signature once he was conscious and out of the ICU, she has not yet been able to do so. Factors on this issue include her primary residence in Santa Cruz, Defendant's dementia and blindness, and Defendant's lack of clarity. She was concerned he would not even be able to mark an "x" for his name.

8. Ms. Schlachter advised on December 29, 2016 that their daughter has been given power of attorney for Defendant, and as such, will be able to sign the settlement agreement on his behalf. Defense counsel anticipates receipt of this signature to the agreement within the next week.

9. The only impediment to filing the dispositional documents are the defense signatures to the settlement agreement.

10. The parties request additional time to file the dispositional documents to obtain the signature of Defendant's power of attorney.

**STIPULATION**

1. That the parties be given until January 13, 2017 to file the final dispositional documents to allow time to obtain the signature of Defendant's power of attorney.

**IT IS SO STIPULATED**

| | | |
|---|---|---|
| 1 | DATED: December 29, 2016 | SHOOK, HARDY & BACON LLP |

By: _____*/s/ Edward B. Gaus*_____
Matthew Vanis, Esq.
Edward B. Gaus, Esq.
Attorney for Plaintiff Jimmy St. Clair

DATED: December 29, 2016                LEWIS BRISBOIS BISGAARD & SMITH LLP

_____*/s/ Nicole L. Jones*_____
Christopher J. Nevis
Nicole L. Jones
Attorney for Defendant Stan Schlachter

## [~~PROPOSED~~] ORDER

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER**

1. That the parties be given until January 13, 2017 to file the final dispositional documents to allow time to obtain the signature of Defendant's power of attorney.

DATED: January 4, 2017

*/s/ Allison Claire*

The Allison Claire
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS

4818-6379-2447.1
STIPULATION AND [PROPOSED] ORDER RE FILING OF FINAL DISPOSITIONAL DOCUMENTS